IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **SEREFF TAEKWON-DO, INC.,** d/b/a SEREFF TAEKWON-DO FEDERATION, INC., and SEREFF TAEKWON-DO | | **PLAINTIFF** |
| v. | NO. CV- 06-5049 | |
| **UNITED STATES TAEKWON-DO FEDERATION/WORLD TAEKWON-DO ALLIANCE,** SCOTT McNEELY, individually and in his official capacity as Director and/or President, KAREN McNEELY, individually and in her official capacity as Director, BRAD WHITLOW, individually and in his official capacity as Director, and TROY BURLESON, individually and in his official capacity as Board Chairman. | | **DEFENDANTS** |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

Pending before the Court is the Parties' Joint Motion for Entry of Agreed Final Judgment and Permanent Injunction in this matter. The Court having reviewed the matters properly before it hereby finds that the Motion should be granted and for purposes of this Agreed Final Judgment and Permanent Injunction ("this Judgment") finds as follows:

1. On March 24, 2006, Plaintiff, Sereff Taekwon-Do, Inc. d/b/a Sereff Taekwon-Do Federation, Inc. and Sereff Taekwon-Do ("Plaintiff"), filed its Complaint against the separately named Defendants, United States Taekwon-Do Federation/World Taekwon-Do Alliance ("USTF/WTA"), Scott McNeely, individually and in his official capacity as Director and/or President, Karen McNeely, individually and in her official capacity as Director, Brad Whitlow, individually and in his official capacity as Director,

and Troy Burleson, individually and in his official capacity as Board Chairman (collectively "Defendants"). The Complaint includes claims for direct federal trademark infringement, contributory federal trademark infringement, false designation of origin and other state law claims based upon Defendants' uses of the marks United States Taekwon-Do Federation and USTF.

2. Plaintiff has alleged that, at relevant times, Defendants have provided, and are currently providing, martial art services in Arkansas and throughout the United States in conjunction with marks that are identical or confusingly similar to Plaintiff's Trademarks, namely the marks USTF, United States Trademark Registration No. 2,370,269, and UNITED STATES TAEKWON-DO FEDERATION, United States Trademark Registration No. 2,346,794 ("the Registered Marks"). Defendants have asserted affirmative defenses alleging that Plaintiff is barred by the doctrine of laches as well as concurrent use rights in the marks UNITED STATES TAEKWON-DO FEDERATION and USTF.

3. The Court has personal and subject matter jurisdiction over the parties and this case.

4. In accordance with the terms of this Judgment, the Plaintiff and Defendants have agreed to resolve any and all claims in connection with this matter as provided in a confidential Consent Judgment Agreement dated November 15, 2006 (hereinafter the "Consent Agreement). In addition to the undertakings set forth in the Consent Agreement, the Parties have agreed to the form and substance of this Judgment.

5. Defendants concede and admit the validity of the Registered Marks. The Court accepts such concession and admission with respect to the parties to this litigation. The Court makes no other findings except those explicitly stated in this Final Judgment.

6. Defendants further have consented to an injunction permanently barring them for the duration of the Registered Marks from using the mark United States Taekwon-Do Federation or from using a non-approved stylized USTF, except as allowed by the Consent Agreement.

7. Defendants admit proper service of the Complaint; waive the entry of formal findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure; and waive their right to appeal the entry of this Agreed Final Judgment and Permanent Injunction.

8. This Court shall retain jurisdiction over the enforcement of this Judgment and the plaintiffs shall have available all post-trial collection and enforcement remedies available pursuant to federal law.

9. Except as otherwise provided herein or in the Consent Agreement, the parties shall bear their own costs and attorney's fees incurred in this action.

IT IS THEREFORE ORDERED that the separately named Defendants, United States Taekwon-Do Federation/World Taekwon-Do Alliance, Scott McNeely, Karen McNeely, Brad Whitlow, and Troy Burleson, (collectively "Defendants") shall be, and they hereby are, PERMANENTLY ENJOINED from engaging in any conduct, either directly or contributorily, which infringes the following federally registered trademarks: USTF, United States Trademark Registration No. 2,370,269, and UNITED STATES TAEKWON-DO FEDERATION, United States Trademark Registration No. 2,346,794,

said injunction being effective for the duration of each trademark.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this action, including the implementation and enforcement of this Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this FINAL JUDGMENT shall resolve all disputes pending in this action and that this case is hereby DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED this 19th day of December, 2006.


   /s/ Jimm Larry Hendren
UNITED STATES DISTRICT JUDGE


Approved as to Form and Content:

**SEREFF TAEKWON-DO, INC.,**
**d/b/a SEREFF TAEKWON-DO FEDERATION, INC.,**
**and SEREFF TAEKWON-DO**

Plaintiff


By:    /s/ John M. Scott
      John M. Scott, #97202
      Keisling Pieper & Scott, PLC
      One E. Center Street, Suite 217
      Fayetteville, AR 72701
      (479) 251-0800


**UNITED STATES TAEKWON-DO**
**FEDERATION/WORLD TAEKWON-DO ALLIANCE,**
**SCOTT McNEELY, individually and in his official capacity as Director and/or President,**
**KAREN McNEELY, individually and in her official capacity as Director,**
**BRAD WHITLOW, individually and in his official capacity as Director,**
**and TROY BURLESON, individually and in his official capacity as Board Chairman.**

Defendants

By:  /s/ Jeffrey J. Look
       Jeffrey J. Look
       Look Law Firm PLLC
       P.O. Box 364
       Eudora, AR 71640
       (469) 371-3082