```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

SEREFF TAEKWON-DO, INC.,
d/b/a SEREFF TAEKWON-DO
FEDERATION, INC.                                                PLAINTIFF


                          v.   Civil No. 06-5049


UNITED STATES TAEKWON-DO
FEDERATION/WORLD TAEKWON-DO ALLIANCE,
SCOTT MCNEELY, ET AL.                                          DEFENDANTS


## O R D E R

NOW on this 5th day of February 2008, comes on for consideration Defendants' **Motion to Withdraw as Counsel of Record** (document #29), and the Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **GRANTED.**

**IT IS, THEREFORE, ORDERED** that Attorney Jeffrey Look is allowed to withdraw from further representation of Defendants in this matter, and the Clerk of the Court is directed to remove his name from the list of attorneys who receive Notice of Electronic Filing in this case.

**IT IS FURTHER ORDERED** that Defendants shall have twenty (20) days from the date of this Order to obtain counsel. If the individually named defendants do not obtain counsel by said deadline, they will be treated as *pro se* parties.

**IT IS FURTHER ORDERED** that Defendants shall have thirty (30) days from the date of this Order to respond to Plaintiff's **Motion to Enforce Judgment** (document #26) and **Motion for Leave to File Exhibit Under Seal** (document #28).

**IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**