```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

SEREFF TAEKWON-DO, INC.,
d/b/a SEREFF TAEKWON-DO
FEDERATION, INC.                                         PLAINTIFF


                         v.  Civil No. 06-5049

UNITED STATES TAEKWON-DO
FEDERATION/WORLD TAEKWON-DO ALLIANCE,
SCOTT MCNEELY, ET AL.                                    DEFENDANTS


### O R D E R

On January 24, 2008, Plaintiff filed a **Motion to Seal Document** (Doc. 28), wherein Plaintiff seeks leave of the Court to file, under seal, a Confidential Consent Judgment Agreement (the "Agreement") that was previously entered into by the parties to this proceeding. Pursuant to the Court's Order of February 5, 2008, Defendants were given thirty (30) days to respond to Plaintiff's motion. To date, the individual Defendants have not responded to this motion.

Having considered Plaintiff's motion, the Court finds that it cannot, from the information provided therein, make a determination as to the confidential nature of the Agreement.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have five (5) days from the date of this Order to submit the Agreement to the

Court in camera. The Court will then review the Agreement and determine whether this document should be filed under seal.

**IT IS SO ORDERED** this the 18th day of March.

>                             <u>**/s/ Jimm Larry Hendren**</u>
>                             **JIMM LARRY HENDREN**
>                             **UNITED STATES DISTRICT JUDGE**