```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

SEREFF TAEKWON-DO, INC.,
d/b/a SEREFF TAEKWON-DO
FEDERATION, INC.                                          PLAINTIFF


                         v. Civil No. 06-5049

UNITED STATES TAEKWON-DO
FEDERATION/WORLD TAEKWON-DO ALLIANCE,
SCOTT MCNEELY, ET AL.                                    DEFENDANTS


### AMENDED AND SUBSTITUTED JUDGMENT

NOW on this 16th day of June 2008, in the above-referenced matter, comes on for this Court's consideration the need to enter herein an **Amended and Substituted Judgment** and the Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

Plaintiff's **Motion to Enforce Confidential Consent Agreement** (document #26) and **Motion for Attorneys' Fees** (document #38) (both of which relate to the **Agreed Final Judgment And Permanent Injunction**, Document #24, which was entered herein on December 19, 2006), were both granted by this Court's separate Order of this date.

The Court's action of granting both **Motions** results in changes to the final judgment resolving this matter. Accordingly, the Court deems it appropriate to enter an **Amended**

**and Substituted Judgment** to reflect those changes and to supercede the said **Agreed Final Judgment and Permanent Injunction** (Document #24), as previously entered on December 19, 2006. Accordingly, the Court now enters the said **Amended and Substituted Judgment**, as follows:

<u>Final Judgment And Permanent Injunction</u>

Based upon the Parties' **Joint Motion For Entry Of Agreed Final Judgment And Permanent Injunction**; the Plaintiff's **Motion To Enforce Confidential Consent Agreement**; and the Plaintiff's **Motion For Attorneys' fees** -- all of which have been granted by previous orders of this Court, the Court finds and orders as follows:

1.  On March 24, 2006, plaintiff, Sereff Taekwon-Do, Inc. d/b/a Sereff Taekwon-Do Federation, Inc. and Sereff Taekwon-Do ("Plaintiff"), filed its complaint against the separately named defendants, United States Taekwon-Do Federation/World Taekwon-Do Alliance ("USTF/WTA"); Scott McNeely, individually and in his official capacity as Director and/or President; Karen McNeely, individually and in her official capacity as Director; Brad Whitlow, individually and in his official capacity as Director; and Troy Burleson, individually and in his official capacity as Board Chairman (collectively "Defendants"). The Complaint includes claims for direct federal trademark infringement, contributory federal trademark infringement, false designation of

origin, and other state law claims based upon Defendants' uses of the marks United States Taekwon-Do Federation and USTF.

2. Plaintiff has alleged that, at relevant times, Defendants have provided martial art services in Arkansas and throughout the United States in conjunction with marks that are identical or confusingly similar to Plaintiff's trademarks -- namely the marks "USTF" (United States Trademark Registration No. 2,370,269) and "UNITED STATES TAEKWON-DO FEDERATION" (United States TRADEMARK Registration No. 2,346,794) (the "Registered Marks").

Defendants have asserted affirmative defenses alleging that Plaintiff is barred by the doctrine of laches as well as concurrent use rights in the Registered Marks.

3. The Court has personal and subject matter jurisdiction over the parties and this case.

4. Plaintiff and Defendants agreed to resolve any and all claims in connection with this matter as provided in a confidential Consent Judgment Agreement dated November 15, 2006 (hereinafter the "Consent Agreement"). In addition to the undertakings set forth in the Consent Agreement, the parties agreed to the form and substance of the **Agreed Final Judgment and Permanent Injunction** (document #24) which was entered herein on December 19, 2006.

5. Defendants concede and admit to the validity of the Registered Marks. The Court accepts such concession and admission with respect to the parties to this litigation.  The Court makes no other findings except those explicitly stated in this **Amended and Substituted Judgment**.

6.  Defendants have further consented to an injunction permanently barring them for the duration of the Registered Marks from using the mark "United States Taekwon-Do Federation" or from using a non-approved stylized "USTF," except as allowed by the Consent Agreement.

7.  Defendants admit proper service of the Complaint; waive the entry of formal findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure; and waive their right to appeal the entry of **Agreed Final Judgment and Permanent Injunction**.

 8. This Court shall retain jurisdiction over the enforcement of this Judgment and Plaintiff shall have all post-trial collection and enforcement remedies available pursuant to federal law.

9.  Except as otherwise provided herein or in the Consent Agreement, the parties shall bear their own costs and attorneys' fees incurred in this action.

10.  Pursuant to the Court's Order, of even date herewith, granting Plaintiff's **Motion to Enforce Confidential Consent**

**Agreement**, Plaintiff, Sereff Taekwon-Do, Inc., has been awarded and shall have a judgment against Defendants United States Taekwon-Do Federation/World Taekwon-Do Alliance, Scott McNeely, Karen McNeely, and Troy Burleson, jointly and severally, in the amount of **$25,000.00**.

11.   Pursuant to the Court's Order, of even date herewith, granting Plaintiff's **Motion For Attorneys' Fees**, Plaintiff has also been awarded and shall have judgment against said Defendants, jointly and severally, for its costs and attorneys' fees in the amount of **$3,650.95**.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the separately named defendants, United States Taekwon-Do Federation/World Taekwon-Do Alliance ("USTF/WTA"); Scott McNeely, individually and in his official capacity as Director and/or President; Karen McNeely, individually and in her official capacity as Director; Brad Whitlow, individually and in his official capacity as Director; and Troy Burleson, individually and in his official capacity as Board Chairman (collectively "Defendants") shall be, and they hereby are, PERMANENTLY ENJOINED from engaging in any conduct, either directly or contributorily, which infringes the following federally registered trademarks: namely the marks "USTF" (United States Trademark Registration No. 2,370,269) and "UNITED STATES TAEKWON-DO FEDERATION" (United States TRADEMARK Registration No. 2,346,794) (the "Registered Marks").  This

injunction shall be effective for the duration of each such trademark.

**IT IS FURTHER ORDERED** that Plaintiff, Sereff Taekwon-Do, Inc., shall have and recover from Defendants, United States Taekwon-Do Federation/World Taekwon-Do Alliance, Scott McNeely, Karen McNeely, and Troy Burleson, jointly and severally, a money judgment in the total amount of **$28,650.95,** which is comprised of **$25,000.00** awarded with respect to the **Motion To Enforce Confidential Consent Agreement** and **$3,650.95** awarded for costs and attorneys' fees in connection with the **Motion For Attorneys' Fees.** This total judgment shall bear interest from this date until paid at the rate of 2.51% per annum.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this action for the purpose of enforcing this judgment.

**IT IS FURTHER ORDERED** that this **Amended and Substituted Judgment** resolves all disputes pending in this action and that the case is, therefore, **DISMISSED.**

**IT IS SO ORDERED** this 16th day of June 2008.

>  /s/ Jimm Larry Hendren  
> **JIMM LARRY HENDREN**  
> **UNITED STATES DISTRICT JUDGE**